UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGHT SOLUTIONS FOR DYSLEXIA, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>DOE 1 A.K.A. MARCUS LEE,<br><br>    Defendant. | Case No.  15-cv-01618-JSC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Upon review of Plaintiff's case management conference statement (Dkt. No. 12), the case management conference scheduled for July 9, 2015 is continued to **October 15, 2015 at 1:30 p.m.** in light of the lack of service on defendants.  Plaintiff shall file any motion for leave to take expedited discovery and/or leave to service subpoenas on third parties within 30 days of the date of this Order.

**IT IS SO ORDERED.**

Dated: July 8, 2015



JACQUELINE SCOTT CORLEY
United States Magistrate Judge