UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGHT SOLUTIONS FOR DYSLEXIA, INC., et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>DOE 1 A.K.A. MARCUS LEE,<br><br>        Defendant. | Case No. 15-cv-01618-JSC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERNCE** |

The Court is in receipt of Plaintiff's case management conference statement filed December 10, 2015 (Dkt. No. 20.)  Given that Plaintiff is not yet in receipt of the documents it needs to identify and serve the defendant, the initial case management conference is continued from December 17, 2015 to **February 25, 2016 at 1:30 p.m.**

**IT IS SO ORDERED.**

Dated: December 14, 2015

JACQUELINE SCOTT CORLEY
United States Magistrate Judge