UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGHT SOLUTIONS FOR DYSLEXIA, INC., et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>MARCUS LEE, et al.,<br><br>        Defendants. | Case No. 15-cv-01618-CW  (JSC)<br><br>**[PROPOSED]** JUDGMENT |

Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, final default judgment is entered in Plaintiffs' favor against Defendants Marcus Lee, Sherry Hurley, and Samuel Zhao, and each of them, jointly and severally, as follows:

1. The following of Plaintiffs' federally registered marks (the "Barton Marks") are valid and protectable: 'BRIGHT SOLUTIONS FOR DYSLEXIA,' Reg. No. 2,593,795 (Jul. 16, 2002, amended Jan. 12, 2016); and 'BARTON TILES,' Reg. No. 4,384,849 (Aug. 13, 2013), owned by Bright Solutions for Dyslexia, Inc.; and 'BARTON READING & SPELLING SYSTEM,' Reg. No. 2,584,586 (Jun. 25, 2002), owned by Susan Barton.

2. Plaintiff Susan Barton's federally registered works are valid and protected (together the "Copyrighted Barton System" under the "Barton Copyrights"):

    A.    Barton reading and spelling system, Registration No. PA0001013211 (Dec. 21, 2000);

    B.    Barton reading & spelling system: bk. 1, Registration No. TX0005266778 (Aug. 21, 2000);

    C.    Barton reading & spelling system: bk. 1, phonemic awareness, Registration No. TX0005266762 (Aug. 21, 2000);

| | | |
|---|---|---|
| D. | Barton reading and spelling system: bk. 2, Consonants and short vowels, Registration No. PA0001013202 (Aug. 21, 2000); |
| E. | Barton reading & spelling system: bk. 2, consonants & short vowels, Registration No. TX0005266763 (Aug. 21, 2000); |
| F. | Barton reading and spelling system: bk. 3, Closed syllables, Registration No. PA0001013203 (Aug. 21, 2000); |
| G. | Barton reading and spelling system: bk. 3, closed syllables, Registration No. TX0005266764 (Aug. 21, 2000); |
| H. | Barton reading and spelling system: bk. 4, Syllable division & vowel teams, Registration No. PA0001020830 (Dec. 11, 2000); |
| I. | Barton reading and spelling system: level 4, syllable division & vowel teams, Registration No. TX0005329391 (Dec. 11, 2000); |
| J. | Barton reading and spelling system, bk. 5, Prefixes & suffixes, Registration No. PA0001020826 (Dec. 11, 2000); |
| K. | Barton reading and spelling system, bk. 5, Prefixes & suffixes, Registration No. TX0005580740 (Dec. 11, 2000); |
| L. | Barton reading & spelling system: book for level 6: six reasons for silent E, Registration No. TX0005772289 (Jun. 20, 2003); |
| M. | Barton reading & spelling system: book for level 7, vowel-R syllables, Registration No. TX0005792513 (May 19, 2003); |
| N. | Barton reading & spelling system: book for level 8: advanced vowel teams, Registration No. TX0005772288 (Jun. 20, 2003); |
| O. | Barton reading & spelling system: book for level 9, Influence of foreign languages, Registration No. TX0005792512 (May 19, 2003); |
| P. | Dyslexia: testing & teaching, Registration No. PA0001056854 (Aug. 28, 2001); |
| Q. | Classroom accommodations for dyslexic students, Registration No. PA0001056855 (Aug. 28, 2001); |

2

R.    Could it be dyslexia? Registration No. PA0001029824 (Feb. 12, 2001); and

S.    Handout for video Could it be dyslexia? Registration No. TX0005382103 (Feb. 13, 2002).

3.    Defendants and their respective officers, agents, servants, employees and attorneys, and all persons in active concert and participation with them are permanently restrained and enjoined, jointly and severally, from infringing Plaintiffs' federal trademarks and copyrights in any manner, enjoining Defendants and each of them from selling or advertising any goods or services copyrighted by Plaintiff Susan Barton (the "Copyrighted Barton System") and under Plaintiff Bright Solutions for Dyslexia, Inc.'s federal trademarks (the "Barton Marks"), using any of the Barton Marks in commerce, or publishing, selling, marketing, or otherwise disposing of any copies of any level of the Copyrighted Barton System.  Defendants and their respective officers, agents, servants, employees and attorneys, and all persons in active concert and participation with them are hereby restrained and enjoined, jointly and severally from:

    a.    Manufacturing or causing to be manufactured, importing, advertising, or promoting, distributing, selling, or offering to sell counterfeits of the Copyrighted Barton System and infringing goods or services using the Barton Marks;

    b.    Using the Barton Marks in connection with the sale of any Copyrighted Barton System and any unauthorized goods or services;

    c.    Using any logo, and/or layout which may be calculated to falsely advertise any of Defendants products and services as being sponsored by, authorized by, endorsed by, or in any way associated with Plaintiffs;

    d.    Falsely representing themselves as being connected with Plaintiffs, through sponsorship or association;

    e.    Engaging in any act which is likely to falsely cause members of the trade and/or of the purchasing public to believe any goods or services of Defendants are in any way endorsed by, approved by, and/or associated with Plaintiffs;

    f.    Using any reproduction, counterfeit, copy, or colorable imitation of the Barton Marks in connection with the publicity, promotion, sale, or advertising of any goods and

1  services sold by Defendants, including without limitation any levels of the Copyrighted Barton
2  System;

3        g. Affixing, applying, annexing, or using in connection with the sale of any
4  goods and services, a false description or representation, including words or other symbols tending
5  to falsely describe or represent goods and services by Defendants as being those of Plaintiffs or in
6  any way endorsed by Plaintiffs;

7        h. Offering such goods and services including without limitation the
8  Copyrighted Barton System in commerce;

9        i. Secreting, destroying, altering, removing, or otherwise dealing with the
10 unauthorized products and services, or any books or records, which contain any information
11 relating to the importing, manufacturing, producing, distributing, circulating, selling, marketing,
12 offering for sale, advertising, promoting, renting, or displaying of the Copyrighted Barton System,
13 the Barton Marks, and/or all unauthorized products and services which infringe Plaintiffs'
14 copyrights and the Barton Marks; and

15       j. Effecting assignments or transfers, forming new entities or associations or
16 utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions
17 set forth above.

18     5. The Court awards Plaintiffs $60,000 in trademark statutory damages; and

19     6. The Court awards Plaintiffs $50,000 in copyright statutory damages plus
20 $61,478.50 in reasonable attorneys' fees on the copyright claims.

**IT IS SO ORDERED.**

Dated: March  26, 2018

_____

CLAUDIA WILKEN  
United States District Judge